UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANA BURR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-CV-0071-CVE-JFJ |
| ) | |
| YOGESH MITTAL and ) | |
| BRISTOW ENDEAVOR HEALTHCARE, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## ADMINISTRATIVE CLOSING ORDER

The parties have advised that this matter has settled (Dkt. # 46). Based upon the representation of the parties and for good cause shown, the Court finds that this matter should be and is hereby administratively closed.

**IT IS THEREFORE ORDERED** that, pursuant to LCvR 41.1, this matter is **administratively closed** pending either an order of the Court reopening the action, or until this case is dismissed with prejudice by stipulation of the parties.

**IT IS FURTHER ORDERED** that all pending scheduling order deadlines, including the **July 1, 2024 pretrial conference** and the **July 15, 2024 jury trial**, are hereby **stricken.**. The parties shall file their fully-executed joint stipulation of dismissal no later than **January 3, 2024** as previously directed (see Dkt. # 46).

**DATED** this 30th day of November, 2023.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE