# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANA BURR, an individual,<br><br>    Plaintiff,<br><br>YOGESH MITTAL, an individual,<br>BRISTOW ENDEAVOR HEALTHCARE,<br>LLC, d/b/a CENTER FOR<br>ORTHOPAEDIC RECONSTRUCTION<br>AND EXCELLENCE, a foreign limited<br>liability company,<br><br>    Defendants. | Case No. 4:23-cv-00071-CVE-JFJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), all parties hereby stipulate to the dismissal with prejudice of all claims by the Plaintiff as alleged against all Defendants. The parties to bear their own attorneys' fees and costs.

Respectfully submitted,

 s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com
jdark@piercecouch.com

***Attorneys for Defendant Bristow Endeavor Healthcare, LLC d/b/a Center for Orthopaedic Reconstruction and Excellence***

    s/ Paul A. Ross
(signed with permission of counsel)
Paul A. Ross, OBA No. 19699
MCAFEE & TAFT, A PROFESSIONAL CORPORATION
Eighth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, Oklahoma 73102-7103
Telephone: (405) 552-2390
Facsimile: (405) 235-0439
Paul.ross@mcafeetaft.com
***Attorney for Defendant Yogesh Mittal***

    s/ Kymberli J. Heckenkemper
(signed with permission of counsel)
Damario Solomon Simmons, OBA No. 20340
Kymberli J. M. Heckenkemper, OBA No. 33524
SOLOMONSIMMONSLAW, PLLC
601 S. Boulder Avenue, Suite 602
Tulsa, Oklahoma 74119
Telephone: (918) 551-8999
Facsimile: (918) 558-8039
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com
***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I certify that on the 2nd day of January, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

    s/ Jessica L. Dark
Jessica L. Dark